UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| DORADO SYSTEMS, LLC, | : |
| Plaintiff, | : Case No. 1:14-cv-04082-RBK-AMD |
| v. | : |
| ABILITY NETWORK INC., KENNETH ERNSTING, MARK BRIGGS, JACK HAUSER, and JOHN "BUD" MEADOWS, | : |
| Defendants. | : |

**STIPULATION OF DISMISSAL OF DEFENDANTS KENNETH ERNSTING, MARK BRIGGS, JACK HAUSER, AND JOHN "BUD" MEADOWS WITH PREJUDICE AND OF CITIZENSHIP OF PLAINTIFF DORADO SYSTEMS, LLC**

**IT IS HEREBY STIPULATED AND AGREED** that plaintiff, Dorado Systems, LLC's claims in the above-referenced matter against defendants Kenneth Ernsting, Mark Briggs, Jack Hauser and John "Bud" Meadows are hereby dismissed with prejudice and without costs against any party.

**IT IS FURTHER STIPULATED** that the Motions to Dismiss of Kenneth Ernsting, Mark Briggs, Jack Hauser and John "Bud" Meadows are hereby withdrawn as moot without prejudice or costs to any party.

**IT IS FURTHER STIPULATED AND DECLARED** that plaintiff Dorado Systems, LLC, is a single-member, New Jersey limited liability company whose principal place of business is in New Jersey and whose sole member is a resident and citizen of New Jersey.

| | |
|---|---|
| NIXON PEABODY LLP | MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP |
| By: s/Kurt M. Mullen<br>    Kurt M. Mullen, Esquire<br>    NIXON PEABODY LLP<br>    100 Summer Street<br>    Boston, MA 02110<br>    (617) 345-1000<br>    kmullen@nixonpeabody.com<br><br>*Attorneys for Defendants,*<br>*ABILITY Network, Inc.,*<br>*Kenneth Ernsting, Mark Briggs,*<br>*Jack Hauser and John "Bud"*<br>*Meadows* | By: s/Louis R. Moffa, Jr.<br>    Louis R. Moffa, Jr., Esquire<br>    Janice G. Dubler, Esquire<br>    MONTGOMERY MCCRACKEN WALKER & RHOADS, LLP<br>    457 Haddonfield Road, Suite 600<br>    Cherry Hill, NJ 08002<br>    (856) 488-7700<br>    lmoffa@mmwr.com<br>    jdubler@mmwr.com<br><br>*Attorneys for Plaintiff,*<br>*Dorado Systems, LLC* |

Dated: July 30, 2014

So ordered this 5th day of August, 2014

*[signature]* USDJ